UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Specialized Loan Servicing, LLC

In Re:
    Hurling, Dirrick
        DEBTOR

Rhashonna C. Cosby

    CO-DEBTOR(S),



Order Filed on May 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   19-19611 VFP

Chapter: 13

Hearing Date: **May 07, 2020 at 10:00 A.M.**

Judge: Vincent F. Papalia

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 12, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

[Type text]

Upon the motion of <u>Specialized Loan Servicing, LLC</u>, under Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the secured creditor, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the secured creditor's rights in the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as Lot 4, 256, 408, 409, Block 86, 1122 Middlesex Street, Linden NJ 07036**

☐ Personal Property More Fully Describes as:

It is further ORDERED that the secured creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the secured creditor may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The secured creditor shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*