Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.: 19−19611−VFP
                            Chapter: 13
                            Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dirrick Hurling
   1122 Middlesex St
   Linden, NJ 07036

Social Security No.:
   xxx−xx−1233

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/26/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 26, 2020
JAN: jf

                                                      Jeanne Naughton
                                                      Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 19-19611-VFP
Dirrick Hurling                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Jun 26, 2020
                               Form ID: 148             Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
```
db             +Dirrick Hurling,    1122 Middlesex St,    Linden, NJ 07036-1849
518239471      +BUREAU OF ACCOUNTS CON,    3601 US HIGHWAY 9,    HOWELL, NJ 07731-3395
518239475      +Eric Lackawanna Railroad Co.,    89 Washington Street,    Hoboken, NJ 07030-4526
518239477       Rhashonna C. Cosby,    1234 E. Henry Street,    Linden, NJ 07036
518310426       SST as servicing agent for CIGPF I,    4315 Pickett Road Saint Joseph, MO 64503
518539647      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518539648      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2020 01:28:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2020 01:28:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518350247       EDI: BANKAMER.COM Jun 27 2020 04:38:00      BANK OF AMERICA, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
518239470      +EDI: BANKAMER.COM Jun 27 2020 04:38:00      Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
518239472       EDI: CAPITALONE.COM Jun 27 2020 04:38:00      CAPITAL ONE,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238
518239473      +E-mail/Text: ebnnotifications@creditacceptance.com Jun 27 2020 01:26:53      CREDIT ACCEPTANCE,
                 PO BOX 513,    SOUTHFIELD, MI 48037-0513
518251256       E-mail/Text: ebnnotifications@creditacceptance.com Jun 27 2020 01:26:53      Credit Acceptance,
                 25505 West 12 Mile Road,    Southfield, MI 48034
518239474      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 27 2020 01:32:27      CREDIT ONE BANK NA,
                 PO BOX 98875,    LAS VEGAS, NV 89193-8875
518246252      +E-mail/Text: bankruptcy@cavps.com Jun 27 2020 01:28:37      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518345667      +EDI: AIS.COM Jun 27 2020 04:38:00      Directv, LLC,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518239476      +EDI: AMINFOFP.COM Jun 27 2020 04:38:00      FIRST PREMIER BANK,    3820 N LOUISE AVE,
                 SIOUX FALLS, SD 57107-0145
518352043       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2020 01:32:39      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518318362      +EDI: MID8.COM Jun 27 2020 04:38:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
518316731      +EDI: JEFFERSONCAP.COM Jun 27 2020 04:38:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518240825      +EDI: RMSC.COM Jun 27 2020 04:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518350300      +EDI: AIS.COM Jun 27 2020 04:38:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518251257*     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court:   Credit Acceptance,    25505 West 12 Mile Road,
                 Southfield, MI 48034)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2        User: admin              Page 2 of 2              Date Rcvd: Jun 26, 2020
                            Form ID: 148             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:

```
            Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
             dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Douglas J. McDonough    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Russell L. Low    on behalf of Debtor Dirrick  Hurling ecf@lowbankruptcy.com,
             ecf@lowbankruptcy.com;r57808@notify.bestcase.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```